IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) LADON E. HILL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 17-cv-00227-CVE-mjx |
| | ) |
| | )   Removed from Tulsa |
| | )   County |
| | )   Case No. CJ-2017-510 |
| (1) MEMORIAL DRIVE UNITED | ) |
| METHODIST CHURCH, a not-for-profit | )   JURY TRIAL DEMANDED |
| Religious organization | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## NOTICE OF REMOVAL

**COMES NOW** the Defendant, Memorial Drive United Methodist Church, pursuant to 28 U.S.C. § 1441 *et seq.*, and hereby files this Notice of Removal of the action styled *Ladon E. Hill, Plaintiff, v. Memorial Drive United Methodist Church, a not-for-profit Religious organization, Defendant*, Case No. CJ-2017-510, District Court of Tulsa County, State of Oklahoma. Defendant submits that this Court has jurisdiction over federal questions raised in Plaintiff's Petition pursuant to 28 U.S.C. § 1331. In further support, Defendant would state as follows:

1. On October 23, 2013, Plaintiff commenced a civil action in the District Court of Tulsa County, State of Oklahoma, Case No. CJ-2013-4869, and styled *Ladon E. Hill v. Memorial Drive United Methodist Church*.

2. Plaintiff's Petition set forth federal claims pursuant to 42 U.S.C. § 1981 and Title VII of the Civil Rights Act of 1964.

3. On November 15, 2013, Defendant submitted a Notice of Removal to the United States

{00424358}

District Court for the Northern District of Oklahoma, removing said action to federal court.

4. On June 6, 2014, Plaintiff and Defendant submitted a Joint Stipulation of Dismissal, voluntarily terminating said action.

5. On February 9, 2017, Plaintiff refiled this action in the District Court of Tulsa County, State of Oklahoma, Case No. CJ-2017-510.

6. Plaintiff's Petition in the present action sets forth federal claims pursuant to 42 U.S.C. § 1981.

7. Defendant files this Notice of Removal within thirty (30) days after the receipt by Defendant of papers from which it was first ascertainable that the case is one that is removable.

8. The United States District Court for the Northern District of Oklahoma is the federal judicial district embracing the District Court of Tulsa County, State of Oklahoma, where this suit was originally filed. Venue is therefore proper under 28 U.S.C. §§ 116(c) and 1441(a).

9. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81.2 of the United States District Court for the Northern District of Oklahoma, clearly legible copies of all documents filed or served in this case, along with a copy of the docket sheet, have been attached hereto as Exhibits 1 through 3, respectively.

10. This Notice of Removal is signed pursuant to FRCP 11, in accordance with 28 U.S.C. § 1446(a).

11. Contemporaneous with the filing of this Notice of Removal, Defendant is providing written notice of filing to Plaintiff and will file a copy of this Notice of Removal with the District Court of Tulsa County, State of Oklahoma.

**WHEREFORE**, Defendant respectfully submits that this Court has original jurisdiction on the basis of federal question jurisdiction, and through compliance with all applicable requirements for removal, has properly effectuated the removal of this civil action from the District Court of Tulsa County, State of Oklahoma, to the United States District Court for the Northern District of Oklahoma.

                                                   Respectfully submitted,

                                                   **BEST & SHARP**

                                                   s/Travis J. Kirk
                                                 Thomas A. LeBlanc, OBA#14768
                                                 Travis J. Kirk, OBA #30139
                                                 Williams Center Tower 1
                                                 One West Third Street, Suite 900
                                                 Tulsa, OK 74103
                                                 Telephone: (918) 582-1234
                                                 Facsimile: (918) 585-9447
                                                 *Attorneys for Defendant, Memorial*
                                                 *United Methodist Church Drive*

## CERTIFICATE OF SERVICE

  I hereby certify that on the 27th day of April, 2017, I mailed the above and foregoing instrument by First Class United States Mail, postage prepaid, to:

Brendan M. McHugh
P.O. Box 1392
Claremore OK 74018

Dana Jim
P.O. Box 1011
Vinita OK 74301
*Attorneys for Plaintiff*

                s/Travis J. Kirk