## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **LADON E. HILL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 17-CV-0227-CVE-JFJ |
| | ) |
| **MEMORIAL DRIVE UNITED** | ) |
| **METHODIST CHURCH,** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

### JUDGMENT

This matter has come before the Court for consideration and an Opinion and Order granting summary judgment on all claims in favor of Memorial Drive United Methodist Church has been entered. Judgment for the defendant and against the plaintiff is hereby entered pursuant to the Court's Opinion and Order.

**IT IS SO ORDERED** this 20th day of February, 2018.

_____
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE